IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01042–EWN–MJW

ADRIANA ELENBAAS,

    Plaintiff,

v.

K-MART CORPORATION, a Michigan corporation,

    Defendant.

---

### ORDER DISMISSING SECOND AND THIRD CLAIMS FOR RELIEF

---

This matter is before the court on the Motion to Dismiss Second and Third Claims for Relief as Set Forth in the Complaint filed August 7, 2007. The court having read the motion to dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that the Second Claim for Relief (Vicarious Liability) and the Third Claim for Relief (Negligence) are DISMISSED, with prejudice.

DATED this 8th day of August, 2007.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        Chief United States District Judge