IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01042-BNB-MJW

ADRIANA ELENBAAS,

Plaintiff,

v.

K-MART CORPORATION, a Michigan corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Stipulation for Dismissal With Prejudice** [Doc. 30, filed January 4, 2008] (the "Motion"). The parties have stipulated to the dismissal of all claims, with prejudice, each party to pay its own costs and attorneys' fees. Accordingly,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), each party to pay its own costs and attorneys' fees.

DATED January 8, 2008.

                                                      BY THE COURT:

                                                      s/ Boyd N. Boland
                                                      United States Magistrate Judge